THE PATENT ELASTIC FELT COMPANY, Respondent, *v.* FRANCIS B. SPENCER, Appellant.

(Argued October 20, 1882; decided November 14, 1882.)

THE only question in this case was as to whether the evidence sustained the referee's findings.

*George Putnam Smith* for appellant.

*James Thompson* for respondent.

EARL, J., reads for affirmance.
All concur, except RAPALLO, J., absent.
Judgment affirmed.